**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Andwrius Alberto Garcia-Bolivar,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

**NO. CV-26-02547-PHX-MJM (DMF)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed November 20, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in Petitioner's favor and this case is closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

November 20, 2026

s/ Jocelyn Arviso
By Deputy Clerk